

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00091-CV
_____

IN RE:
MICHAEL HOOPER & ASSOCIATES, P.C.

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Michael Hooper & Associates, P.C., has filed a petition asking this Court to issue a writ of mandamus against the Honorable John Ovard, Administrative Judge of the First Administrative Region, in Dallas, Texas. In the petition, Relator complains that mandamus should issue because Ovard did not hold a hearing on Relator's motion to recuse a district judge.

This Court has jurisdiction to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district." TEX. GOV'T CODE ANN. § 22.221(b) (Vernon 2004). Dallas County is not within this court-of-appeals district, and Ovard is not a judge of a district or county court within this district. *See* TEX. GOV'T CODE ANN. § 22.201(g) (Vernon 2004). We have no jurisdiction over this petition.

We deny the petition for writ of mandamus.


        Josh R. Morriss, III
        Chief Justice

Date Submitted:    October 7, 2009
Date Decided:    October 8, 2009